IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SOUTHGATE MALL ASSOCIATES, LLP, <br><br> Plaintiff, <br><br> v. <br><br> ALLIED WASTE SERVICES OF NORTH AMERICA, LLC, d/b/a REPUBLIC SERVICES, <br><br> Defendant. | ) CV 19-190-M-DWM <br> ) <br> ) <br> ) <br> ) **ORDER GRANTING** <br> ) **DEFENDANT'S UNOPPOSED** <br> ) **MOTION FOR CLIENT** <br> ) **REPRESENTATIVE TO APPEAR** <br> ) **REMOTELY AT JULY 7, 2020** <br> ) **SETTLEMENT CONFERNCE** <br> ) |

Upon Defendant's Unopposed Motion for Client Representative to Appear Remotely at July 7, 2020 Settlement Conference, and for good cause shown, the Court GRANTS the Defendant's Motion. Defendant's client representative with ultimate settlement authority may appear and participate in the settlement conference scheduled for July 7, 2020 by telephone.

Dated this 22nd day of June, 2020.

_____
John Johnston
United States Magistrate Judge